**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Serrano v. Guevara, et al.          Case Number: 17 CV 02869

An appearance is hereby filed by the undersigned as attorney for:
Reynaldo Guevara, Ernest Halvorsen, Edward Mingey

Attorney name (type or print):  Jeffrey R. Kivetz

Firm:    The Sotos Law Firm, P.C.

Street address:     550 E. Devon Avenue, P.C.

City/State/Zip:    Itasca, Illinois 60143

Bar ID Number: 6308250                    Telephone Number:    (603)735-3300
(See item 3 in instructions)

Email Address: jkivetz@jsotoslaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                   If appointed counsel, are you a
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 1, 2017

Attorney signature:    S/ Jeffrey R. Kivetz
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015