## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Armando Serrano

        Plaintiff,

v.               Case No.: 1:17−cv−02869
              Honorable Manish S. Shah

Reynaldo Guevara, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2017:

   MINUTE entry before the Honorable Manish S. Shah: Defendants' Motion for Reassignment Based on Relatedness [43] is granted. Upon reassignment of Montanez v. Guevara, et al. 17−cv−4560 to this court, the two cases will be consolidated for all pretrial proceedings, with all discovery to be conducted under 17−cv−4560. This court will refer discovery supervision to the assigned Magistrate Judge, to include supervision of the MIDP. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.