IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Armando Serrano, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 C 2869 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| Reynaldo Guevara, et al., | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Counsels of Record

**PLEASE TAKE NOTICE** that July 10, 2018 at 9:45 a.m., I shall appear before the Honorable Manish S. Shah in the courtroom usually occupied by him in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Defendants' Motion to Withdraw Counsel.

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Christina C. Chojnacki.*
Christina C. Chojnacki
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-3473
christina.chojnacki@cookcountyil.gov

## CERTIFICATE OF SERVICE

Christina C. Chojnacki hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the Defendants' Motion to Withdraw Counsel was served pursuant to the District Court's ECF system as to ECF filers on July 2, 2018.

*/s/ Christina C. Chojnacki.*
Christina C. Chojnacki