IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMANDO SERRANO | ) | |
| | ) | Case No. 17 CV 2869 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| | ) | |
| vs. | ) | Magistrate Jeffrey Cole |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST | ) | JURY DEMAND |
| HALVORSEN, EDWARD MINGEY, | ) | |
| MATTHEW COGHLAN, JOHN DILLON, the | ) | |
| CITY OF CHICAGO, and COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| JOSE MONTANEZ | ) | |
| | ) | Case No. 17 CV 4560 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| | ) | |
| vs. | ) | Magistrate Jeffrey Cole |
| | ) | |
| | ) | JURY DEMAND |
| REYNALDO GUEVARA, ERNEST | ) | |
| HALVORSEN, EDWARD MINGEY, | ) | |
| MATTHEW COGHLAN, JOHN DILLON, the | ) | |
| CITY OF CHICAGO, and COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

**INDIVIDUAL POLICE OFFICER DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND TO <u>SUBSTITUTE COUNSEL</u>**

Defendants Reynaldo Guevara, Ernest Halvorsen, and Edward Mingey, by their attorneys, The Sotos Law Firm, P.C., move this court for a brief extension of time to answer or otherwise plead and to substitute counsel for Defendants Guevara and Halvorsen. In support thereof the Individual Police Officers state:

1. Plaintiff Serrano filed his complaint in May 2017 and Plaintiff Montanez filed his complaint in June 2017. The Individual Police Officer Defendants and City of Chicago ("City Defendants") filed a joint motion to dismiss in November 2017. Pursuant to the Court's order, discovery proceeded while the motion to dismiss was pending. During the discovery period, the Individual Police Officer Defendants were deposed and asserted their Fifth Amendment rights.

2. On May 29, 2018, the Court granted in part and denied in part the City Defendants' motion to dismiss, granted Plaintiffs leave to amend their Complaints by June 19, 2018, and ordered the City Defendants to file their responsive pleadings by July 10, 2018. (Serrano, Dkt. 88; Montanez, Dkt. 86).

3. Counsel for the City Defendants where engaged in a four week trial before Judge Gottschall in *Rivera v. Guevara, et al* (No. 12 CV 004428) during June 2018, when Plaintiffs filed their Amended Complaints (Serrano, Dkt. 90; Montanez, Dkt. 89) on June 19, 2018. Plaintiffs and the City Defendants agreed to an extension of time until August 20, 2018 in order to file a responsive pleading to the Amended Complaints. (Serrano, Dkt. 94; Montanez, Dkt. 93)

4. Plaintiff Serrano's First Amended Complaint contains 221 paragraphs and 11 counts (Serrano, Dkt. No. 90) and Plaintiff Montanez's Corrected First Amended Complaint contains 186 paragraphs and 11 counts. (Montanez, Dkt. No. 89).

5. Defendant Mingey recently reconsidered his assertion of the Fifth Amendment and has decided not to invoke his rights. Accordingly, Defendant Mingey must prepare a substantive answer to both Plaintiffs' Amended Complaints.

6. As result of Mingey's decision to testify, Defendants Guevara and Halvorsen now move to substitute Thomas M. Leinenweber and James V. Daffada of the law firm of Leinenweber, Baroni, & Daffada, LLC as their counsel, and to withdraw the appearances of

2

James G. Sotos, Caroline P. Golden, David A. Brueggen, Josh M. Engquist, Jeffrey N. Given, Jeffrey R. Kivetz, and Joseph M. Polick, with the Sotos Law Firm, P.C. Based on the timing of Defendant Mingey's decision to not assert his Fifth Amendment rights, the length of Plaintiffs' amended complaints, and Defendants Guevara and Halvorsen's requested substitution of counsel, the Individual Police Officer Defendants seek a brief 16 day[1] extension of time to file their responsive pleading to the Amended Complaints, on or before September 5, 2018.

      7.      This motion is not being made for the purpose of causing undue delay and will not result in prejudice to any party because discovery has been proceeding. In addition, the Individual Police Officer Defendants' responsive pleadings will be filed one week prior to the September 12, 2018 status hearing with Magistrate Judge Cole and more than three weeks before the September 27, 2018 status hearing before Judge Shah.

      8.      The undersigned contacted Plaintiffs' counsel to inquire whether Plaintiffs had any objection to the instant Motion. Plaintiffs' counsel indicated that they had no objection to this motion.

      WHEREFORE, Defendants Reynaldo Guevara, Ernest Halvorsen, and Edward Mingey respectfully request this Honorable Court for 1) a 16 day extension, to September 5, 2018, in order to file responsive pleadings to Plaintiffs' amended complaints; 2) Thomas M. Leinenweber and James V. Daffada of the law firm of Leinenweber, Baroni, & Daffada, LLC substitute in as counsel for Defendants Reynaldo Guevara and Ernest Halvorsen; and 3) to withdraw the appearances of James G. Sotos, Caroline P. Golden, David A. Brueggen, Josh M. Engquist, Jeffrey N. Given, Jeffrey R. Kivetz, and Joseph M. Polick, of the Sotos Law Firm, P.C., as counsel for Defendants Reynaldo Guevara and Ernest Halvorsen

---

[1] Defendants seek 16 days, rather than 14 days, due to the Labor Day holiday.

Dated: August 17, 2018 　　　　　　　　　　　Respectfully submitted,

/s/Josh M. Engquist　　　　　　　　　　　　　/s/Thomas M. Leinenweber
Josh M. Engquist, Attorney No. 6242849　　　Thomas M. Leinenweber
*One of the Attorneys for*　　　　　　　　　　*One of the Attorneys for Defendants*
*Defendant Mingey*　　　　　　　　　　　　　*Guevara and Halvorsen*

James G. Sotos　　　　　　　　　　　　　　　Thomas Leinenweber
Josh Engquist　　　　　　　　　　　　　　　　James Daffada
Jeffrey R. Kivetz　　　　　　　　　　　　　　Leinenweber Baroni & Daffada LLC
David A. Brueggen

　　　　　　　　　　　　　　　　　　　　　　120 N. LaSalle Street Suite 2000
**THE SOTOS LAW FIRM, P.C.**　　　　　　　Chicago, Illinois 60602
550 E. Devon Ave., Suite 150　　　　　　　　(866) 786-3705
Itasca, IL 60143　　　　　　　　　　　　　　thomas@ilesq.com
(630)735-3300
jengquist@jsotoslaw.com

4

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on August 17, 2018, I electronically filed the foregoing **INDIVIDUAL POLICE OFFICER DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND TO SUBSTITUTE COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed below.

**Attorney for Armando Serrano**
Jennifer A. Bonjean
Bonjean Law Group
1000 Dean Street #422
Brooklyn, NY 11238
Tel: (718)875-1850
Jennifer@bonjeanlaw.com

**Attorney for Matthew Coghlan**
Paula S. Quest
Jones Day
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601
Tel: (312) 782-3939
pquist@jonesday.com

**Attorneys for Jose Montanez**
Arthur Loevy
Jonathan Loevy
Russell Ainsworth
Debra Loevy
Ruth Brown
LOEVY & LOEVY
311 N. Aberdeen 6th FL
Chicago, IL 60607
Tel: (312) 243-5900
arthur@loevy.com
jon@loevy.com
russell@loevy.com
debra@loevy.vom
ruth@loevy.com

**Attorneys for John Dillon and Cook County**
Christina Chojnacki
Chaka M. Patterson
Anthony E. Zecchin
Scott A. Golden
Justin W. Hanson
Cook County State's Attorney Office
500 Richard J. Daley Center
Chicago, IL 60602
Tel: (312) 603-3369

chaka.patterson@cookcountyil.gov
anthony.zecchin@cookcounty.gov
scott.golden@cookcountyil.gov
justin.hanson@cookcoutyil.gov
Christina.chojnacki@cookcountyil.gov

**Attorneys for City of Chicago**
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Patrick R. Moran
Rock Fusco & Connelly, LLC
321 N. Clark, Suite 2200
Chicago, IL 60654
Tel: (312)494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
pmoran@rfclaw.com

/s/ Josh Engquist
JOSH M. ENGQUIST, Attorney No. 6242849
*One of the Attorneys for Defendant Mingey*

5