## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Armando Serrano

                                         Plaintiff,

v.                                                                    Case No.: 1:17–cv–02869
                                                                                     Honorable Manish S. Shah

Reynaldo Guevara, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 17, 2018:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time and to substitute counsel [100] is granted. Defendants Reynaldo Guevara, Ernest Halvorsen, and Edward Mingey must respond to the amended complaint by 9/5/18. Thomas M. Leinenweber and James V. Daffada of the law firm of Leinenweber, Baroni, & Daffada, LLC are substituted as counsel of record, and may file their appearances on the court's docket. James G. Sotos, Caroline P. Golden, David A. Brueggen, Josh M. Engquist, Jeffrey N. Given, Jeffrey R. Kivetz, and Joseph M. Polick, of the Sotos Law Firm, P.C. are withdrawn as counsel. No appearance on the motion is necessary. Notices mailed. notice(psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.