STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION    EDMUND G. BROWN JR, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
PATRICK R. McKINNEY II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001

2018 AUG 21 PM 2: 35



August 17, 2018

Mr. Jeffrey R. Kivetz, Esq.
THE SOTOS LAW FIRM, A PC
550 E. Devon Avenue, Suite 150
Itasca, IL 60143

**FILED**
AUG 21 2018
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

<u>Sent Via Facsimile: (630) 773-0980 and U.S. Mail</u>

Dear Mr. Kivets:

RE: *Armando Serrano v. Guevara, et al.*, Case No. 17CV2869
United States District Court, for the Northern District of Illinois

Please be informed that this is the response of the California Department of Corrections and Rehabilitation (CDCR or Department), a nonparty as it relates to the above-identified case, to the subpoena delivered on August 6, 2018 to the Case Records Department in Sacramento, California.

This correspondence also serves to confirm that we have made several attempts to meet and confer to obtain an extension of time to produce the documents requested therein. Unfortunately, our attempts to contact your office have proven fruitless and we are unable to meet the deadline.

Furthermore, please understand that CDCR requests that you grant an extension of time of 10 additional days, with an approximate arrival time of no later than August 30, 2018. We appreciate your kind consideration regarding this matter.

Sincerely,


The Office of Legal Affairs

cc: Jennifer Faraj, Correctional Case Records Analyst, Archives Unit
United States District Court, for the Northern District of Illinois (via overnight mail)