# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARMANDO SERRANO, <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, et al., <br><br> Defendants. | Case No. 1:17-cv-02869 <br><br> Hon. Manish S. Shah <br><br> Magistrate Judge Jeffrey Cole |
| JOSE MONTANEZ, <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, et al., <br><br> Defendants. | Case No. 1:17-cv-04560 <br><br> Hon. Manish S. Shah <br><br> Magistrate Judge Jeffrey Cole |

## NOTICE OF UNOPPOSED MOTION FOR FERPA ORDER

PLEASE TAKE NOTICE that on **Tuesday, November 27, 2018 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Jeffrey Cole in Courtroom 1088 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Matthew Coghlan's Unopposed Motion for FERPA Order.

Dated: November 20, 2018                    Respectfully submitted,


                                            /s/ Paula S. Quist
                                            Paula S. Quist (IL 6278287)
                                            pquist@jonesday.com
                                            Morgan R. Hirst (IL 6275128)
                                            mhirst@jonesday.com
                                            Leigh A. Krahenbuhl (IL 6309479)
                                            lkrahenbuhl@jonesday.com
                                            Kristina K. Cercone (IL 6306298)
                                            kcercone@jonesday.com
                                            JONES DAY
                                            77 West Wacker
                                            Chicago, IL  60601.1692
                                            Telephone:  (312) 782-3939

                                            *Counsel for Defendant Matthew
                                            Coghlan*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2018, I filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to all counsel of record.

/s/ Paula S. Quist
*Counsel for Defendant Matthew Coghlan*