UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Armando Serrano
        Plaintiff,
v.               Case No.: 1:17−cv−02869
                 Honorable Manish S. Shah
Reynaldo Guevara, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

  MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, City of Chicago's motion to bifurcate [139] is granted, without prejudice to revisiting bifurcation in advance of trial of the individual defendants. Monell discovery and merits litigation on Monell theories are stayed. The motion for protective order [159] is denied without prejudice as moot. Continued status hearing is set for 6/13/19 at 10:30 a.m. to discuss the presentation of any summary judgment motions. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.