UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Armando Serrano
                                     Plaintiff,

v.                                               Case No.: 1:17–cv–02869
                                                        Honorable Manish S. Shah

Reynaldo Guevara, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. (Cases called together 17cv2869 Serrano v. Guevara and 17cv4560 Montanez v. Guevara) Motion to bifurcate discovery was granted and non−Monell fact discovery deadline was set for 6/3/2019 by Judge Shah. Status hearing set for 5/14/2019 at 9:30 a.m. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.