IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS: EASTERN DIVISION

| | | |
|---|---|---|
| Jose Montanez: | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 17 CV 4560 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| Reynaldo Guevara: *et al.*: | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| Armando Serrano: | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 17 CV 2869 |
| v. | ) | |
| | ) | Honorable Manish S. Shah |
| Reynaldo Guevara: *et al.*: | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' LIST OF EXHIBITS**

Exhibit 1: Investigative File

Exhibit 2: 2/26/19 Montanez Deposition

Exhibit 3: 2/28/19 Serrano Deposition

Exhibit 4: Order granting Montanez Certificate of Innocence dated 11/2/16

Exhibit 5: Order granting Serrano Certificate of Innocence dated 11/2/16

Exhibit 6: Lassar Report on Montanez/Serrano

Exhibit 7: Affidavit of Jacqueline Pacheco dated 3/15/94

Exhibit 8: 10/21/94 Trial Court Findings

Exhibit 9: 2/6/19 Halvorsen Deposition

Exhibit 10: Vicente Statement dated 6/28/93

Exhibit 11: 4/10/18 Guevara Deposition

Exhibit 12: Bouto Supplemental Report dated 5/14/93

Exhibit 13: Vicente Statement dated 5/15/93

Exhibit 14: Vicente Statement dated 7/16/93

Exhibit 15: Vicente Testimony in *People v. Iglesias* dated 12/16/94

Exhibit 16: Iglesias Supplemental Report dated 6/24/93

Exhibit 17: Vicente Affidavit dated 10/18/18

Exhibit 18: 11/19/18 Vicente Deposition

Exhibit 19: 4/20/18 Halvorsen Deposition

Exhibit 20: 4/26/18 Mingey Deposition

Exhibit 21: 12/12/18 Vargas Deposition

Exhibit 22: 10/30/18 Schak Deposition

Exhibit 23: Wilda Vargas Trial Testimony dated 10/19/94

Exhibit 24: Velez Polygraph Report

Exhibit 25: Ballistics Report dated 4/6/93

Exhibit 26: Toxicology Report dated 2/16/93

Exhibit 27: Guevara Request of Montanez Criminal History

Exhibit 28: Guevara Request of Serrano Criminal History

Exhibit 29: Montanez Criminal History

Exhibit 30: Serrano Criminal History

Exhibit 31: Rankins Recantation letter dated 3/29/94

Exhibit 32: 11/13/18 Dillon Deposition

Exhibit 33: 11/15/18 Coghlan Deposition

Exhibit 34: Vicente Trial Testimony dated 10/18/94

Exhibit 35: Vicente Arrest Report dated 5/14/93

Exhibit 36: Vicente Criminal History Report

Exhibit 37: Vicente Criminal History Identification Section

Exhibit 38: Helen Kandah Testimony: dated 1/16/19

Exhibit 39: Testimony of Robert Bouto: dated 1/16/19

Exhibit 40: Bouto's Testimony before sentencing

Exhibit 41: Order Granting Bouto Certificate of Innocence dated 03/27/19

Exhibit 42: Lassar Report on Bouto

Exhibit 43: Vicente Affidavit dated 5/26/04

Exhibit 44: Vicente Affidavit Notes

Exhibit 45: Prosecution Opening Statement

Exhibit 46: 10/18/94 Trial Testimony of Jeff Show

Exhibit 47: Meeting Notes dated 8/27/13

Exhibit 48: 10/21/13 Halvorsen Interview Memo

Exhibit 49: Velasquez Testimony in *People v. Rodriguez* dated 2/24/93

Exhibit 50: Halvorsen Trial Testimony dated 10/19/94

Exhibit 51: Vicente Grand Jury testimony

Exhibit 52: Order dated 7/7/93 from Judge Suria releasing Vicente to witness quarters

Exhibit 53: 3/13/19 Rankins Deposition

Exhibit 54: Vicente Criminal History Requested by Dillon

Exhibit 55: Order dated 9/23/96 Sentencing Vicente

Exhibit 56: 5/13/19 Vasquez Deposition Excerpt

Exhibit 57: IDOC Offender Tracking System

Exhibit 58: Affidavit of Armando Serrano dated 6/30/08

Exhibit 59 Williams 6/10/93 Arrest Report

Exhibit 60: 2/8/19 Mingey Deposition

Exhibit 61: Rankins Interview Memo

Exhibit 62: Rankins Grand Jury Testimony dated 6/15/93

Exhibit 63: Rankins 6/11/93 Statement

Exhibit 64: Rankins 4/4/12 Sworn Statement

Exhibit 65: 1/15/18 Coghlan Handwritten Notes

Exhibit 66: Rankins Complaint filed 3/31/14

Exhibit 67: Charging Documents dated July 1993

Exhibit 68: Martinez Trial Testimony dated 10/19/94

Exhibit 69: Guevara Trial Testimony dated 10/21/94

Exhibit 70: Prosecution Closing Statement dated 10/21/94

Exhibit 71: Gary Shoop Trial Testimony dated 10/18/94

Exhibit 72: Photographs of Montanez Car

Exhibit 73: 11/2/2019 Affidavit of Frank Velez