# Plaintiffs' Exhibit 10

## 6/28/93 Vicente Statement

page 17

EXHIBIT Vicente 9 PQ 11-19-18

STATEMENT OF

Francisco Vincente

Taken June 28 1993 At 2:00pm

At 26th and California, Gang Crime Unit

Present Det. Halvorson #20692

ASA Pandit

This statement taken regarding the shooting death of Rodrigo Vargas which occurred on February 5, 1993 at 5:32 hrs at 1838 N. Springfield.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

Francisco Vicente

After being advised and stating he understands that Sotita Pandit is an assistant State's Attorney, a lawyer, a prosecutor and not his lawyer, and after being advised and stating he understands each of his Constitutional rights, Francisco Vincente agreed to give the following statement in summary and not word for word.

Francisco Vincente states he is 22 years old and that he completed the 9th grade at Wells high school. Fransisco states he can read and write english. Fransisco states he is a member of the Imperial Gangsters Gang and has been for seven years. Fransisco states he is also known as "Chino".

Francisco Vicente, ASA Pandit

Francisco Vicente states he is giving this statement Voluntarily and he has not been promised or offered anything in exchange for making this statement and cooperating in the prosecution of Armando Serrano, Jose Montanez and Jorge Pacheco. Francisco states that he understands that he is not being offered any leniency, favors or deals with any crimes he may have been charged with, and that he has not been forced or threatened to make this statement.

Francisco Vicente states that on February 5, 1993 he was hanging out at a dope (SP) (F.V) spot at Hamlin and Altgeld. Francisco states that he was there between 8:30 am and 9:00 am and a tan colored Buick Regal pulled up. Francisco recognized the driver of the car to be "Pistol Pete". Francisco states that the man known to him as "Pistol Pete" is the same person as Jose Montanez. Francisco states this is the same person he picked out in a photo with IR# 736499. Francisco states that "Pistol Pete" is also a member of the Imperial Gangster gang and Francisco has known him for about 7 years.

Francisco also states that in the car with "Pistol Pete" were "Jordan" and "Mondo". Francisco recognized them as they are also members of the Imperial Gangsters and he has known (SP) (FV) each "Jordan" and "Mondo" and "Pistol Pete" for about 7 years. Francisco states

ASA [signature] Francisco Vicente Det E. [signature]

that the man known to him to him as "Jorg" is the same person as Jorge Pacheco, and this is the same person that he identified in a Photo with IR# 863502. Francisco also states that the man known to him as "Mondo" is the same person as Armando Serrano, and this is the same person that he identified in a Photo with IR# 874175

Francisco states that after "Pistol Pete" drove up in his Buick Regal with "Mondo" and "Jordan" in the car, "Mondo" and "Jordan" got out of the car. "Pistol Pete" sat in the car playing with a bag of dope. "Pistol Pete", "Mondo", ~~[illegible]~~ "Jordan" were all talking about a robbery they had just done that went bad. "Pistol Pete" stated that "Mondo" "fucked" up" and that "Mondo" went at that guy wrong and that they would never have done what they did if "Mondo" never fucked up. Francisco states that "Jordan" was laughing as "Pistol Pete" was yelling at "Mondo". Francisco asked "Pistol Pete" what he was talking about. "Pistol Pete" told Francisco that they had shot a "stud" and they had hurt that "stud bad", meaning that "Pistol Pete" - "Jordan" and "Mondo" had shot the victim. "Pistol Pete" told "Mondo" that he had better think about it if we had got caught up", meaning if the Police caught them.

BA [illegible] Francisco Vicente Det E [illegible]

Confidential - Produced Pursuant to Protective Order

Francisco states that "Pistol Pete" told him in the day before, on February 4, 1993 he and "Mundo" and "Jordan" had spotted the victim with lots of money. "Pistol Pete" was getting change for a dollar at a gas station when the victim walked in and showed a lot of money. "Pistol Pete" told Francisco that he and "Mundo" and "Jordan" decided to rob the victim and they followed him home. They held off robbing the victim at the last minute because he was with his "Lady" and some kids. "Pistol Pete" stated to Francisco that he and "Mundo" and "JORDAN" knew that the guy would be a "sweet victim" so they "Laid out for him", meaning that the man was an easy target and that they waited until they had a chance to robb him.

Francisco then got into the car with "Mundo" and "Jordan" and "Pistol Pete" who was in the driver's seat. Francisco saw "Pistol Pete" take a large 9mm semi-automatic pistol from under the dashboard of the car and he put the gun in one of the heating ducts in the dashboard. "Pistol Pete" told Francisco that they did not get any money from the victim. They "popped" meaning shot. "Pistol Pete" told Francisco that since they didn't get any money from the victim they shot and they needed money for Heroin, "Pistol Pete" "Mundo" and

BA [signature] Francisco Vicente Det. [signature]

"Jordan" robbed some kid on the street with his school bags. "Mondo" told Francisco that he took the victim's school ring off his finger and "Pistol Pete" told Francisco that he took the victim's three gold chains and bracelet.

Francisco further states that two days later, February 7, 1993, at about 3:30pm he was at Hirsch and Lemoyne when "Pistol Pete" drove up in the same Buick Regal he previously had. "Pistol Pete" asked Francisco to repair his muffler. Francisco looked at his car and noticed that his left front fender was damaged, it was smashed in. Francisco states he asked "Pistol Pete" what happened and "Pistol Pete" told him that after "they popped the victim", meaning after "Pistol Pete, Jordan and Mondo" shot the victim, "Pistol Pete" was driving away and smashed into a parked car. Francisco asked "Pistol Pete" what went wrong and he told Francisco that the victim who was a Mexican came out of his house carrying a car radio. "Mondo" was supposed to grab the victim around the neck, so they could go into his pockets. "Mondo" got greedy when he saw the radio and, instead of grabbing the victim, he went for the radio. The victim started fighting and got shot. "Pistol Pete", "Mondo" and

ASA [signature] Francisco Vicente Det E [signature]

"Jordan" jumped back into the car and "Pistol Pete" drove off, hitting a parked car.

Francisco Vicente states he has been treated well by the police and Assistant States Attorney and has not been threatened or promised anything in exchange for making this statement. Francisco states he is not under the influence of drugs or alcohol. Francisco states he had chicken, mashed potatoes, corn and a pepsi. Francisco states he has smoked cigarettes and used the bathroom. Francisco states he has read this statement and made all the changes and corrections and initialed them. [illegible] Pandis

Det [illegible] Francisco Vecente