IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARMANDO SERRANO | ) | |
| | ) | Case No. 17 CV 2869 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Susan E. Cox |
| | ) | |
| REYNALDO GUEVARA, ERNEST | ) | |
| HALVORSEN, EDWARD MINGEY, | ) | |
| MATTHEW COGHLAN, JOHN DILLON, the | ) | |
| CITY OF CHICAGO, and COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSE MONTANEZ | ) | |
| | ) | Case No. 17 CV 4560 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| | ) | |
| vs. | ) | Magistrate Susan E. Cox |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, ERNEST | ) | |
| HALVORSEN, EDWARD MINGEY, | ) | |
| MATTHEW COGHLAN, JOHN DILLON, the | ) | |
| CITY OF CHICAGO, and COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with leave to reinstate solely in the event that the Chicago City Council rejects the Release and Settlement Agreement executed by the parties, and with each party bearing its own costs and attorney's fees.

|  |  |
|---|---|
| ARMANDO SERRANO, Plaintiff<br>Address: _____<br><br>Date of birth:_____<br>*SSN:_____ | Respectfully submitted,<br><br>CITY OF CHICAGO a Municipal Corporation<br>CELIA MEZA<br>Corporation Counsel for the City of Chicago |

JENNIFER BONJEAN
*Attorney for Serrano, Plaintiff*
The Bonjean Law Group
1000 Dean Street, #422
Brooklyn, NY 11238
(718)8751850
Attorney No._____
FEIN:_____
DATE:_____

*/s/ Jose Montanez*
JOSE MONTANEZ, Plaintiff
Address: _____

Date of birth:_____
*SSN:_____

*/s/ Russell Ainsworth*
~~ARTHUR LOVEY~~ Russell Ainsworth
*Attorney for Montanez, Plaintiff*
Loevy & Loevy
311 N. Aberdeen, 6th Floor
Chicago, IL 60607
(312)243-5900
Attorney No._____
FEIN: _____
DATE: 8/30/21

Jessica L. Felker
Deputy Corporation Counsel
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, Illinois 60602
(312) 744-6959

James G. Sotos
Special Assistant Corporation Counsel
*Attorney for Defendants Halvorsen and Mingey*
The Sotos Law Firm, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, Illinois 60604
(630)735-3308
Attorney No._____
DATE:_____

Thomas M. Leinenweber
Special Assistant Corporation Counsel
*Attorney for Defendant Guevara*
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
(847) 251-4091
Attorney No._____
DATE:_____

*[signature]*

ARMANDO SERRANO, Plaintiff
Address: 4615 W. Altgeld
Chicago, IL 60639
Date of birth: 9/29/72
*SSN:

*[signature]*

JENNIFER BONJEAN
*Attorney for Serrano, Plaintiff*
The Bonjean Law Group
1000 Dean Street, #422
Brooklyn, NY 11238
(718)8751850
Attorney No. 6269443
FEIN: 26-0850656
DATE: 8/30/21

_____
JOSE MONTANEZ, Plaintiff
Address: _____

_____
Date of birth:_____
*SSN:_____

_____
ARTHUR LOVEY
*Attorney for Montanez, Plaintiff*
Loevy & Loevy
311 N. Aberdeen, 6th Floor
Chicago, IL 60607
(312)243-5900
Attorney No._____
FEIN: _____
DATE: _____

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation
CELIA MEZA
Corporation Counsel for the City of Chicago

*[signature]*

Jessica L. Felker
Deputy Corporation Counsel
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, Illinois 60602
(312) 744-6959
Date: 8/31/21

_____
James G. Sotos
Special Assistant Corporation Counsel
*Attorney for Defendants Halvorsen and Mingey*
The Sotos Law Firm, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, Illinois 60604
(630)735-3308
Attorney No._____
DATE:_____

*[signature]*

Thomas M. Leinenweber
Special Assistant Corporation Counsel
*Attorney for Defendant Guevara*
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
(847) 251-4091
Attorney No. 6209186
DATE: 8/31/21

[signature]

ARMANDO SERRANO, Plaintiff
Address: 4615 W. Altgeld
Chicago IL 60639
Date of birth: 9/29/72
*SSN:

[signature]

JENNIFER BONJEAN
*Attorney for Serrano, Plaintiff*
The Bonjean Law Group
1000 Dean Street, #422
Brooklyn, NY 11238
(718)8751850
Attorney No. 6269443
FEIN: 26-0850656
DATE: 8/30/21

_____

JOSE MONTANEZ, Plaintiff
Address: _____

Date of birth: _____
*SSN: _____

_____

ARTHUR LOVEY
*Attorney for Montanez, Plaintiff*
Loevy & Loevy
311 N. Aberdeen, 6th Floor
Chicago, IL 60607
(312)243-5900
Attorney No._____
FEIN: _____
DATE: _____

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation
CELIA MEZA
Corporation Counsel for the City of Chicago

[signature]

Jessica L. Felker
Deputy Corporation Counsel
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, Illinois 60602
(312) 744-6959
Date: 8/31/21

[signature]

James G. Sotos
Special Assistant Corporation Counsel
*Attorney for Defendants Halvorsen and Mingey*
The Sotos Law Firm, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, Illinois 60604
(630)735-3308
Attorney No._____
DATE: 8/31/21

_____

Thomas M. Leinenweber
Special Assistant Corporation Counsel
*Attorney for Defendant Guevara*
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, Illinois 60602
(847) 251-4091
Attorney No._____
DATE:_____